IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCI ARMSTRONG-TEMPLE, *et al.*, | No. C 17-06774 WHA |
| Plaintiffs, | |
| v. | **ORDER RE DISCOVERY DISPUTE** |
| CITY OF BERKELEY, *et al.*, | |
| Defendants. | |

A hearing on the parties' discovery disputes was held on September 5. As discussed on the record, the parties resolved the majority of their disputes during an in-person meet-and-confer prior to the hearing, leaving the undersigned judge with no issues to resolve.

Dated: September 5, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE