IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NANCI ARMSTRONG-TEMPLE, BARBARA BRUST, and MICHELLE LOT,

    Plaintiffs,

v.

CITY OF BERKELEY, ANDREW B. RATEAVER, lieutenant for the police department of the City of Berkelely, SEAN TINNEY, officer for the police department of the city of Berkeley, PETER HONG, sergeant for the police department of the City of Berkeley, SAMANTHA MARTINEZ, officer for the police department of the City of Berkeley, MATTHEW MCGEE, officer for the police department of the City of Berkeley, DARREN KACALEK, detective for the police department of the City of Berkeley, KEVIN PETERS, officer for the police department of the City of Berkeley,

    Defendants.

No. C 17-06774 WHA

**JUDGMENT**

**FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants City of Berkeley, Andrew Rateaver, Sean Tinney, Peter Hong, Samantha Martinez, Matthew McGee, Darren Kacalek, and Kevin Peters and against plaintiffs Nanci Armstrong-Temple, Barbara Brust, and Michelle Lot. The Clerk shall **CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: April 16, 2019.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE